Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



## MEMORANDUM OPINION

No. 04-12-00197-CV

**IN Re** David M. **DUNLOP,** Relator

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Phylis J. Speedlin, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:  April 11, 2012

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On March 29, 2012, relator filed a petition for writ of mandamus, seeking to challenge certain actions and rulings of a justice of the peace. By statute, this court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). Because relator seeks a writ against a justice of the peace and the writ is not necessary to enforce our appellate jurisdiction, relator's petition for writ of mandamus is dismissed for lack of jurisdiction. *See In re Ochoa*, No. 04-10-00914-CV, 2011 WL 192691,

---

[1] This proceeding arises out of Cause No. 30-S-09-00450-01, styled *David M. Dunlop v. John D. Deloach, et al.*, filed in the Small Claims Court, Precinct Three, Bexar County, Texas, the Honorable Keith Baker, presiding.

at *1 (Tex. App.—San Antonio Jan. 12, 2011, orig. proceeding); *Easton v. Franks*, 842 S.W.2d 772, 773 (Tex. App.—Houston [1st Dist.] 1992, orig. proceeding).

PER CURIAM